**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID LEE SIEWERT,                      )
                                        )
                    Petitioner,         )          3:07-cv-00020-LRH-VPC
                                        )
vs.                                     )          **ORDER**
                                        )
DIRECTOR OF CORRECTIONS, *et al.*,      )
                                        )
                    Respondents.        )
_____/

Respondents have filed a motion for an extension of time in which to file an answer or other response to the petition for a writ of habeas corpus. (Docket #13). Respondents seek a 61-day enlargement of time, up to and including May 19, 2008, to file an answer or other response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #13) is **GRANTED.** Respondents' answer or other response to the petition shall be filed on or before **May 19, 2008.**

DATED this 19th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE