# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID LEE SIEWERT, | ) | |
| Petitioner, | ) | 3:07-cv-00020-LRH-VPC |
| vs. | ) | **ORDER** |
| DIRECTOR OF CORRECTIONS, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a second motion for an extension of time in which to file an answer or other response to the petition for a writ of habeas corpus.  (Docket #15).  Respondents seek a 49-day enlargement of time, up to and including July 7, 2008, to file an answer or other response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #15) is **GRANTED.**  Respondents' answer or other response to the petition shall be filed on or before **July 7, 2008.**

DATED this 21st day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE