1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7              **DISTRICT OF NEVADA**
8
9    DAVID LEE SIEWERT,                     )
10                  Petitioner,             )          3:07-cv-00020-LRH-VPC
                                            )
11   vs.                                    )          **ORDER**
                                            )
12   DIRECTOR OF CORRECTIONS, *et al.*,     )
                                            )
13                  Respondents.            )
     _____)/
14

15          This action is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On

16   July 7, 2008, respondents filed a motion to dismiss the petition.  (Docket #17).  Petitioner has filed a

17   motion for an extension of time in which to file a response to the motion to dismiss.  (Docket #21).

18   Petitioner seeks a 60-day enlargement of time, up to and including September 14, 2008, to file a

19   response.  Having reviewed the motion and good cause appearing, petitioner's motion is granted.

20          Petitioner has also filed a motion for the appointment of counsel.  (Docket #22).  There is no

21   constitutional right to appointed counsel for a federal habeas corpus proceeding.  *Pennsylvania v.*

22   *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The

23   decision to appoint counsel is generally discretionary.  *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th

24   Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.),

25   *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the

26   case are such that denial of counsel would amount to a denial of due process, and where the

27

1   petitioner is a person of such limited education as to be incapable of fairly presenting his claims.  *See*

2   *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).

3          On January 17, 2008, this Court denied petitioner's prior motion for the appointment of

4   counsel.  (Docket #11).  The amended petition on file in this action (Docket #12) is sufficiently clear

5   in presenting the issues that petitioner wishes to bring.  The issues in this case are not especially

6   complex.  It does not appear that counsel is justified in this instance.  The motion shall be denied.

7          **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a

8   response (Docket #21) to the motion to dismiss is **GRANTED.**  Petitioner's response shall be filed

9   on or before **September 14, 2008.**

10         **IT IS THEREFORE ORDERED** that petitioner's motion for the appointment of counsel

11  (Docket #22) is **DENIED.**

12         DATED this 26th day of July, 2008.

13

14                                                    _____

15                                                    LARRY R. HICKS
                                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

2