# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID LEE SIEWERT, | ) | |
| Petitioner, | ) | 3:07-cv-00020-LRH-VPC |
| vs. | ) | ORDER |
| DIRECTOR OF CORRECTIONS, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file an answer to the amended petition for a writ of habeas corpus. (Docket #27). Respondents seek a 47-day enlargement of time, up to and including February 26, 2009, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #27) is **GRANTED.** Respondents' answer to the amended petition shall be filed on or before **February 26, 2009.**

DATED this 12th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE