**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID LEE SIEWERT,                     )
                                       )
                Petitioner,            )          3:07-cv-00020-LRH-VPC
                                       )
vs.                                    )          ORDER
                                       )
DIRECTOR OF CORRECTIONS, *et al.*,     )
                                       )
                Respondents.           )
_____/

        Respondents have filed a motion for an extension of time in which to file an answer to the amended petition for a writ of habeas corpus.  (Docket #30).  Respondents seek a 30-day enlargement of time, up to and including March 28, 2009, to file an answer.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

        **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer (Docket #30) is **GRANTED.**  Respondents' answer to the amended petition shall be filed on or before **March 28, 2009.**

        DATED this 27th day of February, 2009.

                                       _____
                                       LARRY R. HICKS
                                       UNITED STATES DISTRICT JUDGE