**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID LEE SIEWERT,          )

           Petitioner,       )      3:07-cv-00020-LRH-VPC

vs.                    )      ORDER

DIRECTOR OF CORRECTIONS, *et al.*,  )

           Respondents.    )

_____/

     Respondents have filed a motion for a third extension of time in which to file an answer to the amended petition for a writ of habeas corpus.  (Docket #32).  Respondents seek a 45-day enlargement of time, up to and including May 14, 2009, to file an answer.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

     **IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file an answer (Docket #32) is **GRANTED.**  Respondents' answer to the amended petition shall be filed on or before **May 14, 2009.  No further extensions will be granted absent a showing of extraordinary circumstances.**

     DATED this 31st day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE