AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

DAVID LEE SIEWERT,

    Petitioner,   JUDGMENT IN A CIVIL CASE
  V.

    CASE NUMBER: **3:07-CV-00020-LRH-VPC**

DIRECTOR OF CORRECTIONS, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  December 10, 2009   **LANCE S. WILSON**
                                                                         Clerk

                                                  /s/ D. R. Morgan
                                                    Deputy Clerk